(Official Form 1) (12/03) West Group, Rochester, NY

| FORM B1 | **United States Bankruptcy Court**<br>_WESTERN_ District of _MISSOURI_ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>*Willis, James Lavell* | Name of Joint Debtor (Spouse)(Last, First, Middle):<br><br>*Willis, Vera Stean* |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>*dba Peachtree Buffet, Inc.*<br>*dba Peachtree Restaurant of Kansas City, Inc* | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>*dba Peachtree Buffet, Inc.*<br>*dba Peachtree Restaurant of Kansas City, Inc* |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No.<br>(if more than one, state all): *6823* | Last four digits of Soc. Sec. No./Compete EIN or other Tax I.D. No.<br>(if more than one, state all): *5409* |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>*1013 SE 12th Street*<br>*Lee's Summit MO  64081* | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>*1013 SE 12th Street*<br>*Lee's Summit MO  64081* |
| County of Residence or of the<br>Principal Place of Business: *Jackson* | County of Residence or of the<br>Principal Place of Business: *Jackson* |
| Mailing Address of Debtor (if different from street address):<br>*SAME* | Mailing Address of Joint Debtor (if different from street address):<br>*SAME* |

Location of Principal Assets of Business Debtor
(If different from street address above):  *6800 Eastwood Trafficway KCMO*
*and 1512 E. 18th Street*
*KC MO  64108*

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☒ Individual(s) ☐ Railroad | | ☐ Chapter 7   ☒ Chapter 11   ☐ Chapter 13 |
| ☐ Corporation ☐ Stockbroker | | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership ☐ Commodity Broker | | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other _____ ☐ Clearing Bank | | |

**Nature of Debts** (Check one box)

☐ Consumer/Non-Business    ☒ Business

**Chapter 11 Small Business** (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101

☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

☒ Full Filing Fee attached

☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)                    THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) West Group, Rochester, NY

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*James Lavell Willis and*<br>*Vera Stean Willis* | **FORM B1, Page 2** |
|---|---|---|

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
|---|---|---|

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ James Lavell Willis*
Signature of Debtor

**X** */s/ Vera Stean Willis*
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

*1/26/2004*
Date

### Signature of Attorney

**X** */s/ Erlene W. Krigel*
Signature of Attorney for Debtor(s)

*Erlene W. Krigel MO #29416*
Printed Name of Attorney for Debtor(s)

*Krigel & Krigel, P.C.*
Firm Name

*4550 Belleview*
Address

*Kansas City MO  64111*

*(816) 756-5800*        *1/26/2004*
Telephone Number        Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*1/26/2004*
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)

☒ Exhibit A is attached and made a part of this petition

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X** _____   *1/26/2004*
Signature of Attorney for Debtor(s)        Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health and safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

In re  *James Lavell Willis*
       *dba Peachtree Buffet, Inc.*
       *dba Peachtree Restaurant of Kansas City, Inc*
         *and*
       *Vera Stean Willis*
       *dba Peachtree Buffet, Inc.*
       *dba Peachtree Restaurant of Kansas City, Inc*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:  *Erlene W. Krigel*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*hourly*____
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $_____*3,461.00*___
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*_____

3.  $ _____*839.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
    *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
    *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
    *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
    *None*


*Krigel & Krigel, P.C. charges hourly rates from $150-170 and hourly rate for legal assistant services at $75. The retainer collected is $3,461 plus the filing fee of $839 ($4,300). Krigel & Krigel, P.C. will seek to be compensated on a monthly basis going forward at 80% of fee and 100% of expenses.*

Rule 2016(b)(LBR) West Group, Rochester, NY

Dated: *1/26/2004*                      Respectfully submitted,


                                   X */s/ Erlene W. Krigel*
                Attorney for Petitioner: *Erlene W. Krigel*
                                    *Krigel & Krigel, P.C.*
                                    *4550 Belleview*
                                    *Kansas City MO   64111*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

In re *James Lavell Willis*
   *dba Peachtree Buffet, Inc.*
   *dba Peachtree Restaurant of Kansas City, Inc*
   *and*
   *Vera Stean Willis*
   *dba Peachtree Buffet, Inc.*
   *dba Peachtree Restaurant of Kansas City, Inc*

Case No.
Chapter  *11*

/ Debtor

Attorney for Debtor: *Erlene W. Krigel*

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the

best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:  *1/26/2004*

*/s/ James Lavell Willis*
Debtor

*/s/ Vera Stean Willis*
Joint Debtor

```
Aspire Visa
PO Box 337006
Northglenn  CO  80233-7506

Bank of America
PO Box 2463
Spokane  WA  99210-2463

Beneficial Finance
PO Box 4153
Carol Stream  IL  60197-4153

Bloomingdale's
PO Box 8058
Mason  OH  45040-8058

Blue Ridge Bank and Trust
4240 Blue Ridge Boulevard
Kansas City  MO  64133-1700

Blue Ridge Bank and Trust
4240 Blue Ridge Boulevard
Suite 100
Kansas City  MO  64133-1700

Chase Automotive Financial
PO Box 15700
Wilmington  DE  19886-5700

Commerce Bank
PO Box 808833
Kansas City  MO  64180-8833

Div of Employment Security
PO Box 888
Jefferson City  MO  65102-0888

Ecolab Pest
Box 6007
Grand Forks  ND  58206-6007

Ecolab Pest
PO Box 6007
Grand Forks  ND  58206-6007

Missouri Department of Revenue
PO Box 475
Jefferson City  MO  65105-0475

GMAC
PO Box 660208
Dallas  TX  75266-0208
```

```
GMAC
PO Box 630071
Dallas  TX  75263-0071

Great Western Bank
PO Box 4070
Omaha  NE  68104

IDine Restaurant Group  Inc
20 N  Wacker Drive Suite 916
Chicago  IL  60606

Internal Revenue Service
5800 E Bannister Road
Suite 312
Kansas City  MO  64134

Internal Revenue Service
Service Center
Kansas City  MO  64999

Internal Revenue Service
Special Procedures
St Louis  MO  63166

Internal Revenue Service
Dennis Onnen  Esq
2345 Grand Suite 301
Kansas City  MO  64108

Internal Revenue Service
Stop 5900
316 N Robert Street
St Paul  MN  55101-1040

Jazz District Redevelopment
1516 E  18 Street
Kansas City  MO  64108

LISC-Jazz District
1516 E  18th Street
Kansas City  MO   64108

Missouri Department of Revenue
Div of Employment Security
PO Box 840
Jefferson City  MO  65105-0840

Missouri Department of Revenue
Sales Tax Division
PO Box 840
Jefferson City  MO  65105-0840
```

```
North American Savings Bank
Box 808002
Kansas City  MO  64180-8002

Providian Visa
PO Box 660509
Dallas  TX  75266-0509

Shughart Thompson & Kilroy
120 W 12th
Kansas City  MO  64105-1929

Spiegel's
PO Box 659705
San Antonio  TX  78265-9705

The Home Depot
PO Box 6031
The Lakes  NV  88901-6031

The Home Depot
PO Box 6028
The Lakes  NV  88901-6028

The Jones Store Company
PO Box 94538
Cleveland  OH  44101-4538

US Bank
PO Box 790401
St Louis  MO  63179-0401

US Foods
14425 College
Suite 140
Shawnee Mission  KS  66215
```